IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

JASAMINE DOSS                                                    PLAINTIFF

V.                              CIVIL ACTION NO. 5:23-cv-37-DCB-BWR

JEFFERSON COUNTY HOSPITAL                                        DEFENDANT

ORDER TO CONTINUE HEARING

BEFORE THE COURT is Jefferson County Hospital ("Defendant")'s Motion to Set Aside Default. [ECF No. 10]. Defendant filed the instant motion on October 3, 2023. An evidentiary hearing on Jasamine Doss ("Plaintiff")'s Motion for Default Judgment [ECF No. 7] is scheduled for October 10, 2023. However, Plaintiff has not had an opportunity to respond to the Motion to Set Aside Default.

Accordingly, it is ordered that the evidentiary hearing on the Motion for Default Judgment set for October 10, 2023 is hereby continued to a date to be established by the Court.

SO ORDERED, this 4th day of October, 2023.

/s/ David Bramlette
DAVID C. BRAMLETTE III
UNITED STATES DISTRICT JUDGE